| | |
|---|---|
| 1 | SCOTT J. SAGARIA (SBN 217981) |
| | ELLIOT W. GALE (SBN 263326) |
| | JOE ANGELO (SBN 268542) |
| 2 | **SAGARIA LAW, P.C.** |
| | 2033 Gateway Place, 6th Floor |
| 3 | San Jose, CA 95110 |
| | 408-279-2288 ph: 408-279-2299 fax |
| 4 | |
| 5 | Attorneys for Plaintiff |

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CAYABYAB, | Case No.: 3:16-cv-06310-JD |
| Plaintiff, | |
| | NOTICE OF SETTLEMENT WITH |
| v. | DEFENDANT EXPERIAN INFORMATION |
| | SOLUTIONS, INC. |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Ryan Cayabyab and defendant Experian Information Solutions, Inc. by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 30 days and will request dismissal of this action.

                                                                            **Sagaria Law, P.C.**

Dated:   April 20, 2017            By:   /s/ *Elliot Gale*
                                                                                Elliot Gale
                                                                                Attorneys for Plaintiff

|   |   |   |   |
|---|---|---|---|
|   |   |   | **Jones Day** |
| Dated: | April 20, 2017 | By: | /s/ *Benjamin Chung Lee* |
|   |   |   | Benjamin Chung Lee |
|   |   |   | Attorneys for Defendant |
|   |   |   | Experian Information Solutions, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*